IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID A. HEATON and MARCIALYN J. HEATON,

        Plaintiffs,

  v.

HARTFORD CASUALTY INSURANCE COMPANY,

        Defendant.
                                       /

No. C 11-03626 WHA

**ORDER TO SHOW CAUSE**

     Defendant moves to dismiss a portion of the complaint (Dkt. No. 8). Pursuant to Civil Local Rule 7-3, any brief in opposition to defendant's motion was due on August 12, 2011, but no such opposition has been received. <u>Plaintiffs David and Marcialyn Heaton are ordered to respond by **SEPTEMBER 2, 2011**, and show cause for their failure to respond to the motion.</u> This order to show cause does not constitute permission to file a late opposition. The hearing on September 8, 2011, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiffs do not respond by September 2, this case will be dismissed for failure to prosecute.

     **IT IS SO ORDERED.**

Dated: August 16, 2011.

                                         WILLIAM ALSUP
                                         UNITED STATES DISTRICT JUDGE