IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. HEATON and<br>MARCIALYN J. HEATON<br><br>Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and DOES ONE through ONE HUNDRED, inclusive,<br><br>Defendants. | No. C 11-03626 WHA<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED between Ted A. Smith, Esq. of Berger Kahn, counsel for Defendant HARTFORD CASUALTY INSURANCE COMPANY and Paul G. Minoletti, Esq., counsel for Plaintiffs DAVID A. HEATON and MARCIALYN J. HEATON, that Plaintiffs may amend their Complaint to delete the Third Cause of Action, which is the subject of a Motion to Dismiss. A copy of the proposed First Amended Complaint is submitted herewith.

It is so stipulated.

DATED: __8-31__, 2011       Law Offices of Paul G. Minoletti

By: ___/s/ Paul G. Minoletti___
PAUL G. MINOLETTI
Attorneys for Plaintiffs
DAVID A. HEATON and
MARCIALYN J. HEATON

Stipulation and Order for Leave to File a First Amended Complaint   1

DATED: August 31, 2011         BERGER KAHN

By: /s/ TED A. SMITH
_____
TED A. SMITH
Attorneys for Defendant
HARTFORD CASUALTY INSURANCE
COMPANY

**ORDER**

Based on the foregoing Stipulation, it is hereby ordered that Plaintiffs may file an Amended Complaint deleting the Third Cause of Action. Defendant's motion to dismiss the original complaint is **Denied as moot**, and the order to show cause is discharged.

DATED: September 2, 2011

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE