IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. HEATON and<br>MARCIALYN J. HEATON<br><br>    Plaintiffs,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE<br>COMPANY, and DOES ONE through ONE<br>HUNDRED, inclusive,<br><br>    Defendants. | No.  C 11-03626 WHA<br><br>**STIPULATION AND ORDER FOR<br>LEAVE TO FILE A FIRST AMENDED<br>COMPLAINT** |

    IT IS HEREBY STIPULATED between Ted A. Smith, Esq. of Berger Kahn, counsel for Defendant HARTFORD CASUALTY INSURANCE COMPANY and Paul G. Minoletti, Esq., counsel for Plaintiffs DAVID A. HEATON and MARCIALYN J. HEATON, that Plaintiffs may amend their Complaint to delete the Third Cause of Action, which is the subject of a Motion to Dismiss.  A copy of the proposed First Amended Complaint is submitted herewith.

It is so stipulated.

DATED:  __8-31__, 2011    Law Offices of Paul G. Minoletti

                By: _[signature]_
                PAUL G. MINOLETTI
                Attorneys for Plaintiffs
                DAVID A. HEATON and
                MARCIALYN J. HEATON

Stipulation and Order for Leave to File a First Amended Complaint    1

DATED: August 31, 2011          BERGER KAHN

By: /s/ TED A. SMITH
_____
TED A. SMITH
Attorneys for Defendant
HARTFORD CASUALTY INSURANCE
COMPANY

### ORDER

Based on the foregoing Stipulation, it is hereby ordered that Plaintiffs may file an Amended Complaint deleting the Third Cause of Action.   Defendant's motion to dismiss the original complaint is **Denied as moot**, and the order to show cause is discharged.

DATED: September 2, 2011

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE